**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sot Mok, | ) | No. CV 10-1755-PHX-JAT |
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Katrine Kane, | ) | |
| Respondent. | ) | |
| | ) | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. 1) filed pursuant to 28 U.S.C. § 2241. The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 18) recommending that the Petition be dismissed as moot.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 18) is **ACCEPTED**; and the Clerk of the Court shall enter judgment of dismissal because Petitioner is no longer in custody.

DATED this 24th day of May, 2011.

James A. Teilborg
United States District Judge